| | | |
|---|---|---|
| CAAP–11–00 00107 | State v. Simon | Affirmed |
| CAAP–11–00 00553 | Willis v. State | Affirmed |

## October 31, 2012

| | | |
|---|---|---|
| CAAP–11–00 00346 | Burnside v. Cadiente | Dismissed |
| CAAP–10–00 00152, CAAP–10–00 00156 | Iese v. State | Affirmed |
| CAAP–11–00 00685 | SL, In re | Affirmed |
| 29581 | State v. Bruce | Affirmed |
| CAAP–11–00 00021 | State v. Kahanaoi | Affirmed |
| CAAP–11–00 00157 | Suzuki v. State | Affirmed |

## November 2, 2012

| | | |
|---|---|---|
| CAAP–11–00 00671 | Gangjee v. Tutor Hawai'i Inc. | Affirmed |
| CAAP–11–00 00152, CAAP–11–00 00593 | State v. Moananu | Affirmed |